UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA CLARK,

        Plaintiff,                          Case Number 20-13405

v.                                                      Honorable David M. Lawson

TROY HOTEL SUITES, INC.,

        Defendant.

_____/

## ORDER OF DISMISSAL

On October 4, 2021, the parties notified the Court that they had reached an agreement to resolve all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before November 5, 2021**.

                                                                                 s/David M. Lawson
                                                                                 DAVID M. LAWSON
                                                                                 United States District Judge

Date: October 5, 2021